FILED

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Aric Williams, 304775<br>The Law Offices of Aric N. Williams<br>716 NE 85th Street, Suite 507<br>Miam, FL 33138<br>TELEPHONE NO.: (305) 766-0219<br>ATTORNEY FOR (Name): Plaintiff | 2016 NOV 28 PM 12:01<br> |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court, Central District of California<br>411 West Fourth St<br>Santa Ana, CA 92701-4516 | BY |
| PLAINTIFF/PETITIONER: Phoenix Entertainment Partners, LLC | CASE NUMBER:<br>8:16-cs-02006-JVS-DFM |
| DEFENDANT/RESPONDENT: KST STREET, INC., ET AL. | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>None |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action. **BY FAX**
2. I served copies of: Summons, Complaint

3. a. Party served: KST STREET, INC., D.B.A. GOOD OL' BOYS SALOON & SPORTS BAR

   b. Person Served: Kristina Jahnke - Person Authorized to Accept Service of Process

4. Address where the party was served: 13020 Springarden Ln.
   Westminster, CA 92683
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 11/22/2016    (2) at (time): 9:20AM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

KST STREET, INC., D.B.A. GOOD OL' BOYS SALOON & SPORTS BAR
under:
7. **Person who served papers**
   a. Name:        James E. Voelkl, Jr.
   b. Address:     One Legal - 194-Marin
                   504 Redwood Blvd #223
                   Novato, CA 94947

   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 68.95
   e I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: PSC 3# 2928
         (iii) County: Orange
8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.
Date: 11/22/2016

James E. Voelkl, Jr.
(NAME OF PERSON WHO SERVED PAPERS)

*James Voelkl, Jr.*
(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

OL# 10668862